IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOTHAM CITY ONLINE, LLC,

    Plaintiff,

  v.

ART.COM, INC.,

    Defendant.

No. C 14-00991 JSW

**AMENDED ORDER SETTING BRIEFING SCHEDULE ON APPLICATION FOR TEMPORARY RESTRAINING ORDER**

On March 4, 2014, Plaintiff, Gotham City Online, LLC ("Gotham City"), filed a complaint asserting claims for misappropriation of trade secrets, violations of the Computer Fraud and Abuse Act and the Stored Communications Act, negligent interference with existing and prospective economic advantage, conversion, and trespass to chattels. (Docket No. 1.) On March 5, 2014, Gotham City filed an application for a temporary restraining order.

It is HEREBY ORDERED that Art.Com shall file a response to Gotham City's application by no later than 4:00 p.m. on Thursday, March 6, 2014. Gotham City shall file a reply by no later than 4:00 p.m. on Friday, March 7, 2014. Unless the Court determines that a hearing is necessary, the Court will resolve the application on the papers.

**Plaintiff shall serve a copy of this Order on Defendant forthwith.**

**IT IS SO ORDERED.**

Dated: March 5, 2014

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE