IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOTHAM CITY ONLINE, LLC,

    Plaintiff,

v.

ART.COM, INC.,

    Defendant.

No. C 14-00991 JSW

**ORDER GRANTING IN PART MOTION TO SHORTEN TIME AND SETTING HEARING ON MOTION TO DISQUALIFY AND APPLICATION FOR TRO**

On March 5, 2014, Defendant Art.Com filed a motion to have its motion to disqualify, motion to seal, and motion to compel arbitration heard on shortened time.

In light of the pending application for a temporary restraining order, and the issues raised by the motion to disqualify, the Court finds good cause to grant the motion to shorten time, in part.

Accordingly, it is HEREBY ORDERED that Gotham City shall file an opposition to the motion to seal by 12:00 p.m. on Friday, March 7, 2014, and shall file its opposition to the motion to disqualify by 9:00 a.m. on Monday, March 10, 2014.  Art.Com shall file its reply to the motion to disqualify by 9:00 a.m. on Tuesday, March 11, 2014.

The Court shall hold a hearing on the motion to disqualify and the application for a temporary restraining order at 10:00 a.m. on Wednesday, March 12, 2014.

//

//

//

Gotham City's response to the motion to shorten time to hear the motion to compel arbitration shall be due within the time period required by Northern District Civil Local Rule 6-3(b).

**IT IS SO ORDERED.**

Dated: March 6, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2