IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOTHAM CITY ONLINE, LLC,

    Plaintiff,

  v.

ART.COM, INC.,

    Defendant.

_____/

No. C 14-00991 JSW

**ORDER RE REQUEST FOR CLARIFICATION**

Plaintiff, Gotham City Online, LLC has filed a request for clarification of the Court's Order dated March 13, 2014, granting in part, Art.Com, Inc.'s motion to disqualify. Having considered Gotham City's request and Art.Com's response thereto, it is HEREBY ORDERED that the forensic images at issue shall remain in the custody of Evolve Discovery, and shall not be accessed by Evolve Discovery, or any party or counsel to this litigation, pending further Order of the Court.

However, if Art.Com and substitute counsel for Gotham City are able to reach an agreement on the identification and removal of Art.Com's attorney-client privileged information from those forensic images, they may submit a stipulation and proposed order to the Court for consideration.

**IT IS SO ORDERED.**

Dated: March 26, 2014

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE